# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-13-00367-CV

**Indemnity Insurance Corp. f/k/a Indemnity Insurance Corp. of DC, RRG, Appellant**

**v.**

**Austin Lucky Lounge, LP; Austin Lucky Lounge GP, LLC; William Muntz; and Kenneth George Blank, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-11-002076, HONORABLE GUS J. STRAUSS, JR., JUDGE PRESIDING

## O R D E R

**PER CURIAM**

Appellant Indemnity Insurance Corp. f/k/a Indemnity Insurance Corp. of DC, RRG has filed a motion to stay this case until May 7, 2014. We grant the motion. The cause is stayed until May 7, 2014, at which time the stay will be automatically lifted. Appellant's reply brief is due on June 6, 2014.

It is so ordered on January 22, 2014.

Before Chief Justice Jones, Justices Pemberton and Field